GARREY, WONER, HOFFMASTER & PESHEK, P.C.
The Gibraltar Building
6611 North Scottsdale Road
Scottsdale, Arizona 85250
(480) 483-9700
Shawna M. Woner
State Bar No. 012948
swoner@gwhplaw.com
Ashley E. Wallace
State Bar No. 033360
awallace@gwhplaw.com
minuteentries@gwhplaw.com

Attorneys for Defendant American Modern Home Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Michael La Briola, an individual, <br><br> Plaintiff, <br><br> v. <br><br> American Modern Home Insurance Company, an Ohio Corporation and American Modern Insurance Group, Inc., Stacey Staton and John Doe Staton, wife and husband; Jennifer Anderson and John Doe Anderson, wife and husband; Black and White Partnerships I through X; Abc Corporations I through X; Jane Does I through X, <br><br> Defendants. | Case No.  2:20-cv-00783-ESW <br><br> **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** <br><br><br><br><br><br> (Magistrate Judge Eileen S. Willett) |

Plaintiff Christopher Michael La Briola and Defendant American Modern Home Insurance Company, by and through their respective counsel undersigned, hereby stipulate and agree that Plaintiff dismisses his claims without prejudice as to all parties, each party to bear its own attorneys' fees and costs. The Parties further stipulate and agree that this stipulation has no impact upon Mr. La Briola's ability to pursue recovery of his underinsured

- 1 -

motorist (UIM) insurance claim with Defendant American Modern Home Insurance Company in the normal course.

RESPECTFULLY submitted this 18th day of June, 2020.

GARREY, WONER, HOFFMASTER & PESHEK, P.C.

By */s/ Ashley E. Wallace*
    Shawna M. Woner
    Ashley E. Wallace
    The Gibraltar Building
    6611 North Scottsdale Road
    Scottsdale, Arizona 85250
    Attorneys for Defendant American Modern Home
    Insurance Company

DAVID SHAPIRO LAW, PLLC

By */s/ Ashley E. Wallace (for and with permission)*
    David C. Shapiro
    Heather E. Bushor
    5725 N. Scottsdale Rd., Ste. C110
    Scottsdale, Arizona 85250
    Attorneys for Plaintiff Christopher Michael La Briola

/ / /

/ / /

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David C. Shapiro
Heather E. Bushor
DAVID SHAPIRO LAW, PLLC
5725 N. Scottsdale Rd., Ste. C110
Scottsdale, Arizona 85250
david@shapirolawaz.com
heather@shapirolawaz.com
MinuteEntries@shapirolawaz.com
P: 480-300-5405
Attorneys for Plaintiff

/s/ Ali Linton

- 3 -