IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Michael La Briola, | No. CV-20-00783-PHX-ESW |
| Plaintiff, | **REPORT AND RECOMMENDATION** |
| v. | |
| American Modern Home Insurance Company, et al., | |
| Defendants. | |

**TO THE HONORABLE STEPHEN M. McNAMEE, SENIOR UNITED STATES DISTRICT JUDGE:**

On March 25, 2020, in the Maricopa County Superior Court, Plaintiff filed a civil Complaint alleging breach of contract and bad faith against all named Defendants (Doc. 1-1). The matter was removed to the United States District Court on April 22, 2020 (Doc. 1). Defendant American Home Insurance Company filed its Answer (Doc. 7). On June 8, 2020, the parties filed a Stipulation for Dismissal without Prejudice (Doc. 16) wherein the parties agree to dismiss all claims as to all parties without prejudice, each party to bear its own attorney fees and costs. The Magistrate Judge will recommend that the Court accept the Stipulation of the parties and dismiss this case without prejudice.

**IT IS RECOMMENDED** that the Court grant the Stipulation for Dismissal without Prejudice (Doc. 16).

**IT IS FURTHER RECOMMENDED** that the Court dismiss the Complaint (Doc.

1-1) without prejudice, each party to bear its own attorneys' fees and costs, and direct the Clerk of Court to terminate this action.

Dated this 16th day of July, 2020.

_____
Honorable Eileen S. Willett
United States Magistrate Judge