IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Michael La Briola,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>American Modern Home Insurance Company, et al.,<br><br>　　　　　Defendants. | No. CV-20-00783-PHX-ESW<br><br>**ORDER** |

Before the Court is Magistrate Judge Eileen S. Willett's Report and Recommendation recommending that the Court grant the parties' Stipulation for Dismissal and dismiss without prejudice Plaintiff Christopher Michael La Briola's ("Plaintiff") Complaint. (Doc. 17 at 1-2.) Having reviewed the Report and Recommendation, the Court hereby adopts the Magistrate Judge's recommendation.

**I.　BACKGROUND**

On March 25, 2020, Plaintiff filed a Complaint in the Maricopa County Superior Court, alleging breach of contract and bad faith against American Modern Home Insurance Company ("American Modern"), American Modern Insurance Group, Inc., Stacey Staton, John Doe Staton, Jennifer Anderson, John Doe Anderson, Black and White Partnerships I-X, ABC Corporations I-X, and Jane Does I-X (collectively, "Defendants"). (Doc. 1-1 at 2-9.) American Modern removed this matter to federal court and filed its Answer. (Docs. 1; 7.) Plaintiff and American Modern filed a Stipulation for Dismissal without Prejudice on June 18, 2020. (Doc. 16.) Magistrate Judge Willett then filed a Report and

Recommendation, recommending that the Court grant the stipulation and dismiss without prejudice this matter. (Doc. 17.)

## II.  STANDARD OF REVIEW

When reviewing a Magistrate Judge's Report and Recommendation, the Court must "make a de novo determination of those portions of the report … to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)). Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings; the Court then may decide the dispositive motion on the applicable law. Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979) (citing Campbell v. United States Dist. Court, 501 F.2d 196 (9th Cir. 1974)).

By failing to object to a Report and Recommendation, a party waives its right to challenge the Magistrate Judge's factual findings, but not necessarily the Magistrate Judge's legal conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate Judge's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

## III.  DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## IV.  CONCLUSION

Accordingly,

**IT IS HEREBY ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 17.)

  **IT IS FURTHER ORDERED approving** the parties' Stipulation for Dismissal without Prejudice. (Doc. 16.)

  **IT IS FURTHER ORDERED dismissing without prejudice** the Complaint, each party to bear its own attorneys' fees and costs.

  **IT IS FURTHER ORDERED directing** the Clerk of the Court to terminate this action in its entirety.

  Dated this 6th day of August, 2020.

_____
Honorable Stephen M. McNamee
Senior United States District Judge